

# THE STATE OF TEXAS
## MANDATE

TO THE 202ND DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 4th day of March, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Heritage Constructors, Inc., Appellant                           No. 06-14-00048-CV

                                v.                                Trial Court No. 12C0591-202

Chrietzberg Electric, Inc., and Richard
Marc Chrietzberg, Appellees

As stated in the Court's opinion of this date, we find error in the judgment of the court below.  We affirm the trial court's judgment in favor of Chrietzberg, individually, and its judgment denying recovery to Heritage on its negligent misrepresentation claims.  We reverse the trial court's judgment in favor of Heritage on its breach of contract and promissory estoppel claims and for attorney fees, and render judgment that Heritage take nothing.

We further order that the appellant, Heritage Constructors, Inc., pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 21st day of May, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*